Judge: Hon. Christopher M. Alston
Chapter: 7

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| IN RE: | Case No. 25-10499-CMA |
|---|---|
| RICHARD REPASS,<br><br>Debtor. | ORDER AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, INTERESTS AND ENCUMBRANCES PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE |

THIS MATTER having come before the Court on the Motion of Edmund J. Wood, the Chapter 7 Trustee ("Trustee") for entry of an Order Authorizing the Sale of Real Property Free and Clear of All Liens, Interests, and Encumbrances Pursuant to § 363 of the Bankruptcy Code ("Sale Motion"). Notice of the Sale Motion was timely given to all parties listed on the mailing matrix, and the notice was timely and reasonable. The Court considered the Sale Motion, the Declaration of Edmund J. Wood and the exhibits attached thereto, and the files and records of this case; the Court finding that good cause exists to approve the Sale motion, now, therefore it is hereby

ORDERED The Sale Motion is APPROVED it is further ORDERED THAT:

ORDER

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

1. Pursuant to 11 U.S.C. § 363(b), (f)(2), (f)(5) and (m) the Trustee is authorized to sell the real property located at 15144 SE 46th Way, Bellevue, WA 98006, King County, Washington, APN #934691050009 ("Property") for $1,305,000.00 to Gene Hule and Vanessa Digo Hule, a married couple ("Buyers") free and clear of all liens and encumbrances.

2. At closing escrow is authorized to pay all ordinary and necessary closing costs including past due real property taxes and real estate commissions.

3. At closing escrow is authorized to pay the first position deed of trust owed to Specialized Loan Servicing, LLC, in full.

4. At closing, escrow is authorized to pay $30,100.00 to the Trustee for the anticipated capital gains tax that will be realized from the sale.

5. After payment of carveout to the bankruptcy estate in the amount of $30,000, the remaining proceeds will be paid to the Debtor in payment of his homestead exemption.

6. All ownership interests in the Property including, but not limited to, the ownership interest of the bankruptcy estate shall be transferred to the Buyers upon the closing of the sale.

7. The Buyers are good faith purchasers for value and as such the provisions of 11 U.S.C. § 363(m) are applicable to this sale and the Buyers are entitled to its protections.

8. The trustee is authorized to execute all documents necessary to close the sale of this Property.

/// End of Order ///

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

Presented by:

WOOD & JONES, P.S.,

*/s/ Denice E. Moewes*
Denice E. Moewes, WSBA # 19464
Attorney for Edmund J. Wood
Chapter 7 Trustee

ORDER

Page 3

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382